NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA SAC,<br><br>        Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, former U.S. Attorney General, BARACK H. OBAMA, MICHELLE OBAMA, ROBERT KHUZAMI, PREET BHARARA, and KATHERINE KELLY,<br><br>        Defendants. | Civ. No. 19-12056<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

      IT APPEARING that Plaintiff submits a letter that the Court construes as a Motion for Recusal (ECF No. 4);[1] and it further

      APPEARING that a judge must recuse himself where "he has a personal bias or prejudice concerning a party," where "he or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person is a party to the proceeding," and in other circumstances, 28 U.S.C. § 455; *see also* § 144; and it further

      APPEARING that Judge Thompson and Magistrate Judge Goodman have no relationship to any parties that would require their recusal;

      IT IS on this 6th day of June, 2019,

      ORDERED that Plaintiff's Motion for Recusal (ECF No. 4) is DENIED.

                                                    */s/ Anne E. Thompson*
                                                    ANNE E. THOMPSON, U.S.D.J.

---

[1] Plaintiff's letter makes other requests (for example, a conversion of the case from civil to criminal) that the Court cannot appropriately grant. (*Id.*)